UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.A. INSURANCE AGENCY
FRANCHISING, L.L.C.,

    Plaintiff,

Case No. 22-cv-11714
Hon. Matthew F. Leitman

v.

ALL WEB LEADS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this action and all claims and defenses asserted therein are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED**.

This is a final order and closes the case.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: February 26, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
